United States District Court
Southern District of Texas
**ENTERED**
May 20, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO COLE | § | CIVIL ACTION |
| on behalf of himself individually, | § | FILE NO: 4:16-cv-00920 |
| and ALL OTHERS SIMILARLY | § | |
| SITUATED | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | JURY DEMANDED |
| | § | |
| NATIONWIDE MUTUAL | § | |
| INSURANCE COMPANY | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Came on to be considered the Notice of Dismissal filed in this cause by Antonio Cole.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and causes of action brought by the Plaintiff Antonio Cole against Nationwide Mutual Insurance Company in this action are dismissed *without prejudice*. All attorney's fees, costs and expenses are taxed against the party that incurred same.

All other relied not expressly granted in this order is denied.

SIGNED this 20th day of May, 2016.

_____
JUDGE PRESIDING